# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE MUNOZ and ROBINSON OSORIO,**

        **Plaintiffs,**

**-vs-**                                          **Case No. 6:08-cv-932-Orl-22DAB**

**UNIVERSAL BUILDING**
**MAINTENANCE, INC. dba DIVERSIFIED**
**MAINTENANCE SYSTEMS, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Parties Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 25) filed on November 21, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed December 15, 2008 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 25) are GRANTED.

3. The settlement is hereby APPROVED, and this case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 5, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
ANNE C. CONWAY
United States District Judge